U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 9 2016

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARJAN RROKU | CIVIL ACTION NO. 1:15-CV-00294 |
| VERSUS | CHIEF JUDGE DRELL |
| DAVID C. COLE, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Hartnett's motion to dismiss (Doc. 29) is GRANTED and Rroku's complaint against Hartnett is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER RECOMMENDED that Rroku's action against Cole is DISMISSED WITH PREJUDICE.

IT IS FURTHER RECOMMENDED Rroku's complaint against Woods is dismissed without prejudice pursuant to Fed.R.Civ.P. Rule 4(m).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this ___ day of September, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT