U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 9 2016

TONY R. MOORE CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

c

| | |
|---|---|
| MARJAN RROKU,<br>Plaintiff | CIVIL ACTION NO. 1:15-CV-00294 |
| VERSUS | CHIEF JUDGE DRELL |
| DAVID C. COLE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion to Proceed *in forma pauperis* on Appeal. (Doc. 47).

### Background

Marjan Rroku's ("Rroku") *in forma pauperis* application states that he is presently unemployed, separated, and has no dependents. Rroku did not list any prior employers. He states he has received no income of any kind in the last twelve months and has no assets. He lists no debts nor any monthly living expenses. (Doc. 47).

Rroku's Notice of Appeal simply states that "[n]otice is hereby given that Marjan Rroku appeals to the United States Court of Appeals for the Fifth Circuit from the Judgement of dismissal, entered in this action on 09.09.2016." (Doc. 46).

### Discussion

Under Federal Rule of Appellate Procedure 24(a)(1), a party "who desires to appeal in forma pauperis must file a motion in the district court" and attach an affidavit that shows the "party's inability to pay or to give security for fees and costs;

claims an entitlement to redress; and states the issues that the party intends to present on appeal." "If the district court denies the motion, it must state its reasons in writing." Fed. R. App. P. 24(a)(2). Even if the party had previously been permitted to proceed *in forma pauperis* at the district court level, the district court can deny the party leave to appeal *in forma pauperis* if "the district court — before or after the notice of appeal is filed — certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed *in forma pauperis* and states in writing its reasons for the certification or finding." Fed. R. App. 24(a)(3)(A).

Rroku is required to provide the district court with an affidavit that "states the issues that [he] intends to present on appeal." Fed. R. App. 24(a)(1)(c). However, neither Rroku's Motion to Proceed *in forma pauperis* on Appeal nor his Notice of Appeal state the issues he intends to present. See McQueen v. Evans, No. 95-50474, 1995 WL 17797616, at *2 (5th Cir. 1995) (unpublished) (IFP applicant must provide a statement of issues he intends to present on appeal, and failure to address an issue in an IFP motion constitutes its abandonment). Therefore, Rroku's application should be denied.

## Conclusion

Based on the foregoing, IT IS RECOMMENDED that Plaintiff's Motion to Proceed *in forma pauperis* on Appeal (Doc. 47) be DENIED.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with

the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 9r day of November, 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge